UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Emma Blackwell, et al.
                                              Plaintiff,

v.                                                         Case No.: 1:19–cv–01943
                                                             Honorable Jorge L. Alonso

First Impressions Interactive, Inc.
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 1, 2019:

      MINUTE entry before the Honorable Sheila M. Finnegan: The parties report reaching an informal settlement agreement. The status hearing set on 7/1/2019 is cancelled and reset to 8/7/2019 at 9:00 a.m. for telephone status. The status hearing will be cancelled if a stipulation to dismiss is filed prior to the hearing. To join the telephone status hearing, dial (877) 336–1831, Access code is 5995354, Press #.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.