UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMMA BLACKWELL and BETSY FISHMAN, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>FIRST IMPRESSION INTERACTIVE, INC., an Illinois corporation<br><br>  Defendant. | CIVIL ACTION<br><br>Case No. 1:19-cv-01943<br><br>The Honorable Jorge L. Alonso |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(II)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Emma Blackwell and Betsy Fishman, individually, and Defendant First Impression Interactive Inc. by and through their respective counsel, submit this stipulation:

The Parties stipulate to the dismissal with prejudice of all claims, counterclaims and defenses which were made or could have been made between each Party in the above-captioned action, in their entirety. The Parties stipulate to the dismissal without prejudice of the putative classes' claims. The Parties further stipulate that each Party shall bear its own costs and attorneys' fees.

**SO STIPULATED.**

| | |
|---|---|
| FIRST IMPRESSION INTERACTIVE, INC. | EMMA BLACKWELL AND BETSY FISHMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED |
| By: /s/ *Nathan H. Lichtenstein*<br>  One of its Attorneys | By: */s/ Avi R. Kaufman*<br>  One of their Attorneys |
| Nathan H. Lichtenstein, Esq.<br>(ARDC #1655469) | Avi R. Kaufman<br>Kaufman P.A. |

1

nlichtenstein@agdglaw.com
Christopher W. Niro, Esq.
(ARDC #6300428)
cniro@agdglaw.com

Aronberg, Goldgehn, Davis & Garmisa
330 North Wabash Avenue, Suite 1700
Chicago, Illinois 60611
(312) 828-9600

400 NW 26th Street
Miami, Florida 33127
kaufman@kaufmanpa.com

Shambee Esq.
701 Main Street, Suite 200A
Evanston, Illinois 60202
juneitha@shambeelaw.com

Stefan Coleman
Law Offices of Stefan Coleman, P.A.
201 South Biscayne Boulevard, 28th Floor
Miami, Florida 33131
law@stefancoleman.com